MARY FOSTER, Appellant, *v.* THE CITY OF BUFFALO, Respondent.

(Submited October 8, 1889; decided October 22, 1889.) ·

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made October 22, 1886, which affirmed a judgment in favor of defendant, entered upon a decision of the court on trial without a jury.

*Edmund J. Plumley* for appellant.

*Frank C. Laughlin* for respondent.

Agree to affirm; no opinion.

All concur, except BRADLEY and HAIGHT, JJ., not sitting.

Judgment affirmed.

---

WILLIAM NEWELL, Respondent, *v.* CORNELIUS J. RYAN et al., Appellants.

Reported below, 40 Hun, 286.

(Argued October 8, 1889; decided October 22, 1889.

APPEAL from order of the General Term of the Supreme Court in the fourth judicial department, made May 1, 1886, which reversed a judgment in favor of defendants, entered upon a nonsuit at circuit, and granted a new trial.

*W. S. Andrews* for appellants.

*M. E. Driscoll* for respondent.

Agree to affirm, and judgment absolute ordered on stipulation, with costs; no opinion.

All concur, except FOLLETT, Ch. J., not sitting.

Order affirmed and judgment accordingly.